IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03436-AP

BRENDA LEE PHILLIPS,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Bruce C. Bernstein, #3640
Attorney for Plaintiff
1828 Clarkson Street #100
Denver CO 80218
(303) 830-2300; Fax: (303) 830-2380
bcb@bcblaw.biz

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, CO  80294
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     Date Complaint Was Filed:  December 19, 2013

    **B.**     Date Complaint Was Served on U.S. Attorney's Office: December 30, 2013

    **C.**     Date Answer and Administrative Record Were Filed: February 26, 2014

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

      **A.     Plaintiff's Opening Brief Due:  May 22, 2014**

      **B.     Defendant's Response Brief Due:  June 23, 2014**

      **C.     Plaintiff's Reply Brief (If Any) Due: July 7, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.     Plaintiff's Statement: Plaintiff does not request oral argument.**

**B.     Defendant's Statement: Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      *Indicate below the parties' consent choice.*

      **A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.     ( X )     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 13<u>th</u> day of March, 2014.

      BY THE COURT:

      *s/John L. Kane*
      U.S. DISTRICT COURT JUDGE

APPROVED:

                          UNITED STATES ATTORNEY

                          John F. Walsh
                          United States Attorney

| s/ Bruce C. Bernstein | By: s/Allan D. Berger |
|---|---|
| Bruce C. Bernstein, #3640 | Special Assistant U.S. Attorney |
| 1828 Clarkson Street #100 | Allan D. Berger |
| Denver CO 80218 | Special Assistant United States Attorney |
| (303) 830-2300 | Social Security Administration, Region VIII |
| Fax: (303) 830-2380 | Office of the General Counsel |
| bcb@bcblaw.biz | 1961 Stout Street, Suite 4169 |
| Attorney for Plaintiff | Denver, CO 80294 |
| | 303-844-2149 |
| | 303-844-0770 (facsimile) |
| | Allan.berger@ssa.gov |